IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

        Plaintiff,

  v.

MARILYN HALL PATEL and SUSAN ILLSTON,

        Defendants.

No. C 06-80360 MISC-SI

**ORDER OF RECUSAL**

    I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                          SUSAN ILLSTON
                                          United States District Judge